Certificate Number: 16339-PAW-DE-036830465

Bankruptcy Case Number: 22-21800



16339-PAW-DE-036830465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2022, at 12:52 o'clock PM EDT, Michael Wilt completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 14, 2022          By:   /s/Kelley Tipton

                                    Name: Kelley Tipton

                                    Title: Certified Financial Counselor